The slightest change in a contract is as much prohibited as the greatest. *The Bank of the State* v. *The Bank of Cape Fear*, 13 Ired. 75.

If there are three remedies, one of them cannot be taken away. A mortgagor, having the right to sue at law on the bond, to foreclose, and to bring ejectment, the act of 1843, although it left standing the two former remedies, could not take away the latter. 1 Mann. (Mich.) 68.

Nov. Term,
1858.
—
MILLER
v.
ALLEN.

---

CLOUD *v.* VOSS.

APPEAL from the *Hamilton* Court of Common Pleas.
*Per Curiam.*—This is a suit upon a promissory note. Judgment for the amount of the note and interest. We see no error in the record; and if there be any, it is waived by the failure to file a brief.

The judgment is affirmed, with 10 per cent. damages and costs.

*D. Moss* and *J. W. Evans*, for the appellant.
*G. H. Voss*, for himself.